AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

SOUTHERN DISTRICT OF TEXAS

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Roger Emmanuel Lemus

IAE YOB: 1984
Guatemala

## CRIMINAL COMPLAINT

**Case Number: M-24-2239-M**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about December 12, 2024 in Starr County, in the Southern District of Texas

**The Defendant being then and there an alien who had previously been deported from the United States to Guatemala in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;**

in violation of Title 8 United States Code, Section(s) 1326 (Felony).

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

**Roger Emmanuel Lemus was encountered by Border Patrol Agents near Roma, Texas, on December 12, 2024. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on December 12, 2024, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on December 20, 2023, through Alexandria, Louisiana. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.**

**On July 27, 2022, the Defendant was convicted of 8 USC 1326, Illegal Re-Entry, and sentenced to fifteen (15) months confinement, and an eighteen (18) month supervised release term.**

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA A. Parcell

**Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:**

/s/ Shakira Singho

Signature of Complainant

December 14, 2024 @ 11:53 a.m.

Shakira Singho Border Patrol Agent

Juan F. Alanis , U.S. Magistrate Judge

Name and Title of Judicial Officer

Signature of Judicial Officer