**U.S. Department of Justice** **Criminal Docket**
Washington, D.C.
12/17/2024/rs

M-24-2239-M

McALLEN Division CR. No. M-25-0014

**INDICTMENT** Filed: January 7, 2025 Judge: **DREW B. TIPTON**

County: Starr
Lions #: **2024R08634**

UNITED STATES OF AMERICA

v.

ROGER EMMANUEL LEMUS
*Custody: 12/12/2024*

Attorneys:
ALAMDAR S. HAMDANI, UNITED STATES ATTORNEY
BENJAMIN S. LYLES, ASST. U.S. ATTORNEY
Ct. 1 Vanessa Mendoza, FPD, (956) 630-2995

Charge(s): Ct. 1: Unlawfully present in the United States after being previously excluded, deported, and removed.
Title 8, United States Code, Sections 1326(a) and 1326(b)

Total Counts
**(1)**

Penalty: Ct. 1: Imprisonment for not more than 20 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT

Agency: Bureau of Customs & Border Protection - Shakira Singho

Date Proceedings