**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

UNITED STATES OF AMERICA

v. Case Number: 7:25−cr−00014

Roger Emmanuel Lemus

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

J Scott Hacker

**PLACE:**

Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:** 1/15/2025

**TIME:** 01:00 PM

**TYPE OF PROCEEDING:** Arraignment

Date: January 8, 2025

Nathan Ochsner, Clerk